FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MARTINEZ-ESTRADA, <br><br> Defendant. | Case No.: CR 09-00043-SVW <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the offenses;_ _immigration status; insufficient bail resources_ _____ _____

    and/or

| | |
|---|---|
| 1 | B. ( ) The defendant has not met his/her burden of establishing by clear and |
| 2 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 3 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 4 | finding is based on: _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | _____ |

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 8, 2011

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge